# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 19th day of October, two thousand twenty-two.

Before: Rosemary S. Pooler,
Gerard E. Lynch,
Raymond J. Lohier, Jr.,
*Circuit Judges,*

---

Roy Stewart Moore, an individual, Kayla Moore, an individual,

Plaintiffs - Appellants,

v.

Sacha Noam Baron Cohen, an individual, Showtime, Inc., CBS Corporation,

Defendants - Appellees.

---

**ORDER**

Docket No. 21-1702

Appellants move for a recall of the mandate and for an extension of time *nunc pro tunc* to file a petition for rehearing *en banc.*

IT IS HEREBY ORDERED that the motion is DENIED.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

UNITED STATES SECOND CIRCUIT COURT OF APPEALS